UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DENE AURIELLE SHAEFFER,

    Appellant,

  v.

MIKOL ROSENBALM,

    Appellee.

Civil Case No. 19-cv-342-JPG
Bankr. Case No. 17-30052-lkg

## ORDER

This matter comes before the Court for case management purposes. In this case, Dene Aurielle Shaeffer, the debtor in Bankruptcy Case No. 17-30052, has appealed the March 8, 2019, opinion of Bankruptcy Judge Laura K. Grandy (Bankr. Case No. 17-30052-lkg, Doc. 142). In that order, Judge Grandy granted the motion of creditor Mikol Rosenbalm for sanctions against Shaeffer. In an order dated April 11, 2019, the Court ordered Shaeffer to show cause in this case why this appeal should not be dismissed (Doc. 3).

Since the Court entered its order to show cause, it has reviewed the docket sheet in this case as well as the docket sheet in the Bankruptcy proceeding and has discovered that the docket sheet in this case does not accurately reflect the participants and roles of the individuals involved in this case. It is correct that Dene Aurielle Shaeffer is the appellant. The proper appellee, however, is Mikol Rosenbalm, the creditor movant in the Bankruptcy Court, who is represented by attorney Don C. Collins. This error resulted from a miscommunication between the Bankruptcy Court and the District Court during the docketing of the appeal. To remedy the inaccuracies in the docket sheet, the Court **DIRECTS** the Clerk of Court to:

- **TERMINATE** Collins as the Appellee;
- **ADD** Mikol Rosenbalm as the Appellee;

- **ADD** Don C. Collins
  126 W. Main
  Belleville, IL 62220
  (618) 234-2001
  (618) 234-4015 (fax)
  dcarcoldon@netscape.net
  as the attorney representing Appellee Mikol Rosenbalm;

- **ADD** Cynthia A. Hagan, Trustee
  206 W College St., Suite 12
  Carbondale, IL 62901
  (618) 529-2274
  CynthiaAHagan@aol.com
  as an interested party; and

- **ENSURE** that all parties/interested parties to the case have been served with all orders or notices entered in this case.

These changes to the docket sheet do not in any way impact the substance of the order to show cause the Court entered April 11, 2019 (Doc. 3); the terms of that order are still in full effect.

**IT IS SO ORDERED.**
**DATED: April 15, 2019**

s/ J. Phil Gilbert
**J. PHIL GILBERT**
**DISTRICT JUDGE**
