## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

DENE AURIELLE SHAEFFER,

     Debtor.

Civil Case No. 19-cv-342-JPG
Bankr. Case No. 17-30052-lkg

DENE AURIELLE SHAEFFER,

     Appellant,

   v.

MIKOL ROSENBALM,

     Appellee.

## **JUDGMENT**

     This matter having come before the Court, and the Court having found it lacks subject matter jurisdiction,

     IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice for lack of jurisdiction.

**DATED:  May 1, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                                         **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**